SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
KEE SOOK AHN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEE SOOK AHN,<br><br>          Plaintiff,<br><br>     vs.<br><br>FIRST PACIFIC ENTERPRISES, LLC; and DOES 1 to 10,<br><br>          Defendants. | **Case No.: 2:21-cv-00280 FLA (MRWx)**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: November 3, 2021<br>Time: 01:30 p.m.<br>Courtroom: 6B<br><br>Honorable Judge Fernando L. Aenlle-Rocha |

     To Defendant FIRST PACIFIC ENTERPRISES, LLC and the attorneys of record, if any: Please take notice that on November 3, 2021, at 01:30 p.m., or as soon thereafter as this matter may be heard by this Court located at 350 W. First Street, Los Angeles, California, Plaintiff KEE SOOK AHN will present Plaintiff's motion for default judgment against Defendant FIRST PACIFIC ENTERPRISES, LLC. The Clerk has previously entered the default on said Defendant on September 22, 2021.

     At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant FIRST PACIFIC ENTERPRISES, LLC is not a minor or an incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant FIRST PACIFIC ENTERPRISES, LLC

has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, the Unruh Civil Rights Act, the California Disabled Persons Act, the California's Unfair Competition Act, and Negligence.

The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages and $1,932.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the Defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant are readily accessible to and usable by individuals with disabilities at the property located at or about 1611 Durfee Ave., South El Monte, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant FIRST PACIFIC ENTERPRISES, LLC on October 22, 2021, by first class United States Mail, postage prepaid.

Dated: October 22, 2021              SO. CAL. EQUAL ACCESS GROUP

                                     By:   /s/ Jason J. Kim
                                           Jason J. Kim, Esq.
                                           Attorneys for Plaintiff